UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EARL COATES<br>3019 9th Street S.E.<br>Washington, D.C. 20032<br><br>        Plaintiff<br><br> v.<br><br>WASHINGTON METROPOLITAN AREA<br>TRANSIT AUTHORITY<br>600 5TH Street, N.W.<br>Washington, D.C. 20001<br><br>        Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) Case No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF REMOVAL

Comes now Defendant Washington Metropolitan Area Transit Authority (WMATA), Pursuant to 28 U.S.C. § 1441(a), 28 U.S.C. §1446, D.C. Code Ann. § 9-1107.01(81) (2001) and 28 U.S.C. § 1332, and gives notice that the instant action is removed from the Superior Court of the District of Columbia to this Court. The removal is based upon the following grounds:

1. On October 23, 2015 Plaintiff filed a Complaint against Defendant Washington Metropolitan Area Transit Authority in the Civil Division of the Superior Court of the District of Columbia. Copies of the Complaint, <u>Earl Coates v. WMATA</u>, 2015 CA 008179 B, the Summons, Superior Court's Initial Order and Addendum and Civil Cover Sheet are attached hereto.

2. Defendant WMATA was served with process on October 29, 2015.

3. This is a civil action in which this Court has original jurisdiction against WMATA under the WMATA Compact, Public Law 89-774, paragraph 81,

approved by Congress on November 6, 1966, as amended, reprinted at D.C. Code 9-1107.01, Section 81, which provides:

> The United States District Courts shall have original jurisdiction, concurrent with the Courts of Maryland and Virginia, of all actions brought by or against the Authority and to enforce subpoenas issued under this Title. Any such action initiated in a State Court shall be removable to the appropriate United States District Court in the manner provided by Act of June 25, 1948, as amended (28 U.S.C. 1446).

Respectfully submitted,

**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**

/s/ Kathleen A. Carey
Kathleen A. Carey (#357990)
WMATA
600 5th Street, N.W.
Washington, DC 20001
T: (202) 962-1496
kcarey@wmata.com

/s/ Stacey Martin-Howard
Stacey Martin-Howard (#986663)
WMATA
600 5th Street, N.W.
Washington, DC 20001
T: (202) 962-2724
Smartinhoward@wmata.com
*Counsel for Defendant*
*Washington Metropolitan Area Transit Authority*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Defendant WMATA's Notice of Removal was mailed this 16th Day of November, 2015 to:

Steven J. Kramer, Esq.
1120 Connecticut Avenue, N.W.
Suite 431
Washington, D.C. 20036

/s/ Kathleen A. Carey
Kathleen A. Carey (#357990)